2-4-15

Hello my name is Byron Williams #B88932,

case; Im writing to ask if I were to withdraw my suite's which are "Byron C. Williams v. Capt Thomas case; 3:14-cv-01246-MJR" and "Byron C. Williams v. Compton case; 14-cv-1347-MJR" Will I still have to pay the filing fees?

If not im asking please can I cancel both 1983 civil suites as soon as possible, I dont know nothing about filing a Law suite thats the reason I would like to cancel the two Law suite's that stated above in this letter, A jailhouse Lawyer filed these law suite's for me back in November 2014; which im no longer getting legal assitance from him. so I dont know what's going on with these cases. so with all due Respect im asking if im not going to be charged filing fee's that (case No. 3:14-cv-01246-MJR and case No. 14-cv-1347-MJR) is dismiss, cancel, and withdrawed Thank you.

Sincerely,
B. Williams

Byron Williams
PRINT
B88932
ID#