IN THE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT COURT OF ILLINOIS

Plaintiff: Byron C. Williams, JR.
             VS.
Defendants: Thomas Trice

Case No:
14-1246-MJR-SCW

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C 1915 (e)(1) plaintiff, Byron Williams moves for an other appointing counsel to represent him in this case, In support of this motion Plaintiff state:

① Plaintiff is unable to afford counsel he has requested leave to proceed in forma Pauperis

② Plaintiff imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation, Plaintiff has limit access to the law library and limited knowledge of the law

③ A trial in this case will likely involve conflicting testimony and counsel would better enable plaintiff to present evidence and cross examine witness

(4) Plaintiff has made repeated efforts to obtain a lawyer attached to this motion are an EXHIBITS: A and B

WHEREFORE, Plaintiff(s) request that the court appoint a firm to represent me the Plaintiff, a firm that's a member of the American Bar Association, as counsel in this this case

2-8-15
DATE

Byron C. Williams Jr.
signature
Byron C. Williams Jr.
PRINT
Pontiac Correctional Center P.O. Box 99
Street Address
Pontiac IL 61764
City/State/Zip Code



**EXECUTIVE DIRECTOR**
**ADMINISTRATIVE OFFICE**
8787 State Street – Suite 201
East Saint Louis, Illinois 62203

**SERVICE OFFICES**
Alton
Carbondale
Champaign
East St. Louis
Springfield

**DOROTHY O. COOK COMMUNITY LAW CENTER**
8787 STATE STREET – SUITE 101
EAST SAINT LOUIS, ILLINOIS 62203

Telephone: (618) 398-0958
Fax: (618) 398-4813

*kfleshren@lollaf.org*

**SERVING ILLINOIS COUNTIES OF:**

Clinton
Monroe
Randolph
Saint Clair
Washington

September 5, 2014

Byron Williams, # B88932
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

Dear Mr. Williams,

I am in receipt of your letter. Land of Lincoln Legal Assistance Foundation, Inc. provides civil legal assistance to the poor in a variety of areas.

However, Land of Lincoln Legal Assistance Foundation, Inc. is federally funded, and under current federal law, we cannot assist prisoners in any civil litigation or in any criminal or post-conviction matters.

I am sorry that we are unable to be of any assistance to you.
Sincerely,

Kathy Fleshren
Managing Attorney

KF/er



## FEDERAL PUBLIC DEFENDER

SOUTHERN DISTRICT OF ILLINOIS

PHILLIP J. KAVANAUGH
FEDERAL PUBLIC DEFENDER

TELEPHONE: (618) 482-9050
FAX: (618) 482-9057

August 27, 2014

650 MISSOURI AVENUE, SUITE G10A
EAST ST. LOUIS, ILLINOIS 62201

401 WEST MAIN STREET
BENTON, ILLINOIS 62812

Byron Williams
Inmate No. B88932
Pontiac Correctional Center
P.O. Box 99
Pontiac, Illinois 61764

Dear Mr. Williams:

    This letter is in reply to your letter of August 22, 2014. Legal representation by this office is governed under the provisions of the Criminal Justice Act. Only certain types of criminal cases provide for Federal Defender representation. 1983 Civil proceedings are not within the purview of the Act. Therefore, this office is not able to represent you.

    You can petition your Presiding Judge for Court appointed legal assistance. This is governed by a different statute and funded by different monies. I'm afraid that's the best we can do for you. Good luck.

Very truly yours,

PHILLIP J. KAVANAUGH
Federal Public Defender

PJK/dak