3·12·15

My name is Byron Williams #B88932,

I'm requesting to withdraw two 1983 civil lawsuite's that I did not file the cases are: "Byron C. Williams
V.
Capt Thomas
Case; 3:14-cv-01246-MJR"

the other case is, "Byron C williams
V.
Compton Case; 14-cv-1347-MJR

I would like both of these cases cancel on the behalf of I did not file these cases. Once again Im addressing the courts to let all parties known I do not know whats going on with any of this, Im a 21 year old with maysor lack of sence. I told this issue too a jail house lawyer and that's who been sending the courts papers with my info on it. Please help me im a mental person that's being setup, Judge Stephen williams all im given is respect to say I did not file NO Lawsuites. I gave someone information on what I went through in my county jail and the guy took this stuff to a whole lie, please know that this is affecting my mind personally because I did not sign up for a lawsuites. with all due respect im asking to stop these problems that some one cause.